■ MICHAEL E. FEDOR et al., Respondents, v. STRAWBERRY HILL PROPERTIES, INC., Appellant, et al., Defendant.— On the call of the calendar, upon

motion by respondents, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated December 4, 1961, requiring it to perfect its appeal for the March 1962 Term. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Rabin, JJ., concur.